SEP 16 2024
Clerk, U.S. Courts
District of Montana

Shaylynn Reid — Had rash develop on my face for approx 14 months. Started back in Feb of 2023 I was percribed Anti-fungel cream to put on my face (it burned, hurt made it worse) I got blammed for rash stating it is from stringing eyebrows, facial hair (same string over & over, or as others). The name of cream the nurse said was Betamethasone, the revaluate in 2 months (November.). Grieved a 2nd time was now told to use the Betmethasone ointment, and to see outside provider is not happening at this time. When filed a informal resolution form, I was seen by Dr. Ari he wouldn't let me talk interupts me tells me this is what we are doing my face hurts, burns and very irritated, all he keeps doing is upping the strength of cream(s) I believe it is my exzema acting up but my voice is not heard. Filed another grievance as I keep using cream(s), ointment(s) he percribes or I get "refusing" medical care as nothing was being refilled for me told I had to see provider or wait for him to refill it. I was finally seen weeks later given cream again of clotrimazole with a follow up appt. I seen Dr. Ari and after being told by him months ago I was approved by "DOC" to be seen by dermatologist I get told by him he cancelled that appointment with no explanation as to why except that my face is not bad it will be fine, that was not ok. The

medical care here is not right they dont listen to us inmates about our own bodies health issues. They get no prior medical reports on us all they get is what we tell them our very 1st appointment about us and if not prominate to them it is like we never told them at all.

The prison under the 2 assistant Wardens and warden have used corporal punishment multiple times along with CO's and the Lt's allowing it also they tell us we are responsible for others actions and other inmates actions affect us as a whole, we are to keep each other accountable is what they say.

Property officer is always destroying items of inmates along with CO's and Lt's, SGT's as if an old roomate takes something of yours they find it even when you have spoken about it they dont give back item(s) majority of the CO's destroy item(s) no property reciept or same if you went to hole and roomates never packed it up then you have to buy 2 to get 1 back. Or property officer if tags worn, fell off he states "you never kited, or not in a timely manner" makes you destroy item and have to ~~buy~~ buy another.

I have witnessed inmate services Ms Carroll intimidate inmates using her authority over decisions of yarn, hobby items deciding if this inmate should be allowed item as other is allowed. Along with pictures taken too. Some inmates get wrote up for hobby items while others dont it is very inconsistant and not the same rules for all.

Staff (ALL) from Admin down to the CO's majority of them belittle, scream, threaten, taunt, tease, curse, at inmates and we are not able to report this as we get ignored or get told "we treat you how you treat us", "Respect goes along way, you want respect, give us respect."

I brought it to the night Lt attention about "black mold" in showers he approved night detail to bleach showers 1x weekly to try and prevent growth of this on G and H pods their is "mold" also the maintance staff are told by assistant warden now to paint over it as they previously have from the former warden, and former assistant warden. The warden that is now stating this is the assistant warden for safety and security.

Shaylyn J Reid       A.O.#
                     3030286

My name is Shaylynn Reid I am writing because I am having issues with the facility I am currently housed in. I reside at Montana Women's Prison, in Billings, MT 59101.

I am wanting to file a law suit in regards to these issues within the prison and the grievances I have filed along with kites that I have sent to the Administration staff within the facility to try and seek help for the issues and have not got a response to kites or adequate results on the grievance process.

My 8th Admendment Cause 42: 1983 Prisoner Civil Rights along with My 1st and 6th Amendments these are in due to me being declined proper medical care of a major health concer that I developed while incarcerated here at the prison.

I have exhausted teh grievance process with not much help. Our grievance officer shows staff what the grievances are about and talks with the staff or who they are about before speaking with myself or other inmates who write them. I fear retalitaion within this facility among staff. Inmates are accused of lying all the time and we dont speak or tell the truth, or else we would not be here is what we get told from officers, Lt and so on.

I would also like to be included in Ms.Schimming's report of the facility wide issues as I was one of the inmates that pointed out mold to Lt.Hust and was told to clean the shower's on the pod's once a week to try and get rid of it or to keep it down. Also I have dealt with alot of the other issues within the list and can verify more of it also.

I am enclosing a letter of the things that have occured while I've been incarcerated; and continue to occur. Alot of the issues deal with long term health and could cause health concerns and safety concerns also.

I would greatly appreciate your help in filing this lawsuit, thanks for your time in this matter.

Sincerely,
Shaylynn J Reid
A.O.#
5030286
2:07pm
8/31/24

Witness
Ancasta Aboy