UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| SHALYNN REID, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-135-BLG-DWM |

vs.

JENNIE HANSEN, et al.

      Defendants.

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of December 19, 2025 (Doc. 10), this action is DISMISSED.

Dated this 21st day of January, 2025.

                              TYLER P. GILMAN, CLERK

                              By: /s/ T. Gesh
                              T. Gesh, Deputy Clerk